UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>BARNDOL SUONG ) | Case No. 21-cr-10243-GAO |

**DEFENDANT BARNDOL SUONG'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS IN EXCESS OF 20 PAGES**

Defendant Barndol Suong hereby moves this Court for leave to file memorandum in support of his motion to suppress in excess of 20 pages and assigns as reasons therefor the following:

1. In the within criminal case, Defendant solely is charged with being a felon in possession of a firearm.

2. The charges arise out of the firearm, ammunition and alleged drugs during the execution of a search warrant at Barndol Suong's residence at 71 Corbett Street, Lowell, MA on June 10, 2021 based on an affidavit authored by Special Agent Matthew R. Zaremba.

3. The defendant has prepared a motion to suppress any and all fruits of the search of a residence at 71 Corbett Street, Lowell, MA on June 10, 2021, pursuant to a search warrant, where the Application for Search Warrant and Supporting Affidavit (1) fail to establish nexus to the premises at 71 Corbett Street, Lowell, MA because no showing was made that contraband or evidence was likely to be found there at the time of execution of the warrant, (2) fail to support probable cause for the issuance of the warrant as to 71 Corbett Street, Lowell, MA, (3) fail to establish that the one individual transaction relied upon to establish probable cause was insufficient to establish probable cause as the isolated transaction involved a parcel which,  being

retrieved at a post office and never shown to have come from or arrived at the at the defendant's home, cannot establish that the defendant was engaged in the distribution of drugs and does not involve the defendant's residence and (4) where no police officer could have harbored an objectively reasonable belief in the existence of nexus or probable cause.

    4.    The defendant has prepared an affidavit of James B. Krasnoo with attached exhibits.

    5.    Undersigned counsel has prepared and sent to the defendant the defendant's Affidavit. Because the defendant is at Plymouth County House of Correction and because defendant's counsel is in the high risk group for COVID-19, the defendant's Affidavit can be only mailed to him. The defendant's Affidavit must thereafter be returned to his counsel. Should the Affidavit need correction, the occurrence will require further delay in the filing of his Affidavit.

    6.    Undersigned counsel has prepared the defendant's memorandum of law in this matter. Because of the several complicated issues raised by the allegations of the application filed in support of the search warrant, the defendant's memorandum exceeds the 20 page limitation set forth in Local Rule 7.1(b)(4) by thirty-two pages, of which 16 are the facts of the case, distilled from Zaremba's 48 page affidavit, and 37 are legal argument. A copy of the proposed memorandum is attached hereto as an exhibit.

**WHEREFORE**, for all the foregoing reasons, Defendant Barndol Suong respectfully requests that this Court GRANT the within motion and permit the defendant leave to file memorandum in support of his motion to suppress in excess of 20 pages.

                              Defendant
                              Barndol Suong
                              By His Attorney,

|  |  |
|---|---|
|  | */s/ James B. Krasnoo* |
|  | James B.Krasnoo (Bar No. 273900) |
|  | jkrasnoo@kkf-attorneys.com |
|  | Krasnoo, Klehm and Falkner, LLP |
|  | 28 Andover Street, Suite 240 |
|  | Andover, MA  01810 |
|  | (978) 475-9955 (telephone) |
| Dated:  December 13, 2021 | (978) 474-9005 (facsimile) |

## CERTIFICATE OF SERVICE

    I hereby certify that I served a true copy of the within document upon the attorney of record for each other party via the Court's ecf system on December 13, 2021.