UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 21-10243-GAO |
| BARNDOL SUONG, | ) ) ) | |
| Defendant | ) ) | |

**JOINT FINAL STATUS REPORT**

The United States of America and the defendant, BARNDOL SUONG ("Defendant"), through their respective counsel, hereby submit this joint Final Status Report pursuant to Local Rule 116.5(c).

**I.  Local Rule 116.5(c)(1)**

Defendant is not seeking a Rule 11 hearing at this time.

**II.  Local Rule 116.5(c)(2)**

The parties request that the case be transferred to the district judge for resolution of pretrial motions.

(A)  The government may produce additional telephone records to Defendant in connection with the production of discovery in the matter of *United States of America v. Sarath Yut, et al.*, 1:21-cr-10183-WGY.  The government does not intend to produce any other discovery at this time.  After further consideration, the government no longer intends to ask Defendant to be a party to a protective order it anticipates seeking in the *Yut* case.

1

(B)   To date, all Defendant's discovery requests have been resolved. Defendant does not expect to make any additional discovery requests but reserves the right to do so upon receipt of any further discovery the government produces in accordance with its continuing duty to disclose under Fed. R. Crim. P. 16(c).

(C)   Defendant has filed three motions pending before the district judge:

   a. Motion for Reconsideration of the Magistrate Judge's Detention Order (Docket Entry 13); a hearing on this motion is scheduled before the district judge on February 2, 2022. Docket Entry 52.

   b. Motion to Suppress (Docket Entry 40); the district judge has ordered Defendant to reduce his motion to 30 pages.

   c. Motion to Dismiss on Speedy Trial grounds (Docket Entry 47); the government intends to file an opposition and no hearing is scheduled at this time.

(D)   The government believes that there are zero (0) days of non-excludable timed under the Speedy Trial act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The indictment was filed on August 11, 2021, and Defendant was promptly arraigned on the indictment on August 25, 2021. The Court ordered three periods of excludable delay, beginning from the date Defendant first appeared before the Court on August 25, 2021 through January 18, 2022, the date of the next status conference. Docket Entries 29, 32, 39. For reasons set forth at prior status conferences and in prior status reports, Docket Entries 30 and 35, Defendant does not agree that that the period of time from September 1, 2021 to and including the present are properly excluded from the computations under 18 U.S.C. § 3161. Furthermore, Defendant objects to any additional exclusions of

time under the Speedy Trial Act. The government believes that all periods of delay have been properly excluded as "ends of justice" continuances pursuant to 18 U.S.C. § 3161(h)(7)(A), and the time period from January 18, 2022 through the conclusion of the hearings on, or other prompt dispositions of, Defendant's outstanding pretrial motions should be excluded under 18 U.S.C. § 3161(h)(1)(D).

(E)   A trial of this case should take no longer than three (3) days.

### III.   Local Rule 116.5(c)(3)

There are no other matters beyond the briefings of the parties already filed in this case that would assist the district judge upon transfer of the case.

Respectfully submitted,

| | |
|---|---|
| BARNDOL SUONG<br>By his attorney, | RACHEL S. ROLLINS<br>United States Attorney |
| /s/ *James D. Krasnoo*<br>JAMES D. KRASNOO, Esq.<br>Krasnoo, Klehm & Falkner LLP<br>28 Andover Street<br>Suite 240<br>Andover, MA 01810 | By: /s/ *Fred M. Wyshak, III*<br>FRED M. WYSHAK, III<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 |

Date:   January 14, 2022

### Certificate of Service

I hereby certify that this document filed through the ECF system on January 14, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:   /s/ *Fred M. Wyshak, III*
       FRED M. WYSHAK, III
       Assistant U.S. Attorney